**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 19, 2012

Mr. Thomas M. Gould
Western District of Tennessee at Memphis
167 N. Main Street
Suite 242
Memphis, TN 38103-0000

Re: Case No. 10-5790/10-6368, *William Burnside v. T. Walters, et al*
Originating Case No. : 2:09-CV-2727

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Robin Duncan
Case Manager
Direct Dial No. 513-564-7027

cc: Ms. Deborah Ellen Godwin
Mr. Christian J. Grostic

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 10-5790/10-6368

_____

Filed: October 19, 2012

WILLIAM DAVID BURNSIDE

     Plaintiff - Appellant

v.

T. WALTERS; HICKS; MONTGOMERY; CYNTHIA MAGELLON PULJIC; YMCA OF
MEMPHIS & MID-SOUTH, A Domestic Tennessee Corporation

     Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 04/27/2012 the mandate for this case hereby
issues today.

COSTS:  None