Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

**FILED**
**JAN 0 4 2013**
**DEBORAH S. HUNT, Clerk**

William K. Suter
Clerk of the Court
(202) 479-3011

December 21, 2012

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

      Re: William David Burnside
           v. T. Walters, et al.
           No. 12-7892
           (Your No. 10-5790)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on December 17, 2012 and placed on the docket December 21, 2012 as No. 12-7892.

                      Sincerely,

                      **William K. Suter**, Clerk

                      by

                      Jacob C. Travers
                      Case Analyst