# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 13, 2013

**FILED**
*May 13, 2013*
DEBORAH S. HUNT, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re:  William David Burnside
     v. T. Walters, et al.
     No. 12-7892
     (Your No. 10-5790)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of American Friends Service Committee, et al. for leave to file a brief as *amici curiae* is granted.  The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.

Sincerely,

*William K. Suter*

**William K. Suter**, Clerk